

Christopher H. Lowe – Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
Chris@lipskylowe.com

www.lipskylowe.com

June 8, 2021

VIA ECF

**MEMO ENDORSED**

The Honorable Sidney H. Stein, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: Tatum-Rios v. Work LA LLC., d/b/a Laca USA,
1:21-cv-01164-SHS

Dear Judge Stein:

We represent the Plaintiff in this website accessibility case under Title III of the American's with Disabilities Act, and its New York State and City analogs. We write now to respectfully request a 30-day adjournment of the Initial Pretrial Conference ("IPTC"), currently scheduled for June 10, 2021 at 11:00am. (Dkt. 7.)

Plaintiff filed this action on February 9, 2021 (Dkt. 1.) and Defendant was served April 16, 2021. Defendant has neither appeared, nor contacted us. We are trying to reach them to avoid unnecessary default motion practice and to discuss potential settlement. Plaintiff respectfully requests a 30-day adjournment of the IPTC to facilitate Defendant's appearance in the case.

This is the second request for an adjournment of the IPTC. As Defendant has not yet appeared in the case and we have not been contacted by their counsel, we are unable to determine whether Defendant consents to this request. If granted, this adjournment will not affect any other case deadlines because no Scheduling Order has yet been entered.

We appreciate the Court's consideration of this request.

The conference is adjourned to July 14, 2021, at ~~10:00 a.m.~~ 9 Am

Dated: New York, New York
June 9, 2021

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe